UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAMON CAUSEY, <br> Petitioner | CIVIL DOCKET NO. 1:20-CV-301-P |
| VERSUS | JUDGE DRELL |
| WARDEN, <br> Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 3) and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 4), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of the claims.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of April, 2020.

DEE. D. DRELL
UNITED STATES DISTRICT JUDGE